GLENN LOSTRACCO CBA#138084
Attorney at Law
2300 Tulare Street #240
Fresno, California 93721
559.497.5297
559.497-0203 Fax
g.lostracco@sbcglobal.net

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:04-cr-5208 AWI |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | |
| vs. ) | SENTENCING |
| ) | DATE: June 12, 2006 |
| SERGIO CHAVEZ DELGADO ) | TIME: 9:00 a.m. |
| Defendant, ) | |
| ) | |
| _____ ) | |

The parties herein, through their respective counsel, hereby stipulate that the Sentencing date be continued from June 12, 2006, until July 24, 2006. The parties further stipulate and agree that the resulting period of delay occurring between June 12, 2006, and July 24, 2006, shall be excluded pursuant to 18 U.S.C. Sections 3161(h)(1)(F) and 3161(h)(1)(I).

Dated: June 7, 2006                    By:  /s/ Kimberly A. Kelly
                                       McGREGOR W. SCOTT
                                       United States Attorney
                                       Kimberly A. Kelly
                                       Assistant U.S. Attorney


Dated: June 7, 2006

                                       /s/ Glenn  LoStracco
                                       GLENN  LoSTRACcO
                                       Attorney for Defendant
                                       Armando Lopez

STIP - ORDER - 1

**ORDER**

IT IS HEREBY ORDERED THAT, the date previously set for the sentencing is hereby continued to July 24, 2006. It is further ordered that time shall be excluded from June 12, 2006, to July 24, 2006, pursuant to 18 U.S.C. Sections 3161(h)(1)(F) and 3161(h)(1)(I).

IT IS SO ORDERED.

**Dated:    June 9, 2006**                                         **/s/ Anthony W. Ishii**

0m8i78                                         UNITED STATES DISTRICT JUDGE