IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SERGIO CHAVEZ DELGADO<br><br>Defendant, | Case No.: 1:04-cr-5208 AWI<br><br>STIPULATION AND ORDER TO CONTINUE<br><br>SENTENCING<br><br>DATE: July 24, 2006<br><br>TIME: 9:00 a.m. |

On July 21, 2006, the Court received the following stipulation to continue the sentencing of the Defendant in the above entitled action:

The parties herein, through their respective counsel, hereby stipulate that the Sentencing date be continued from July 24, 2006, until September 11, 2006. The parties further stipulate and agree that the resulting period of delay occurring between July 24, 2006, and September 11, 2006 shall be excluded pursuant to 18 U.S.C. Sections 3161(h)(1)(F) and 3161(h)(1)(I).

Dated: July 20, 2006

By: /s/ Kimberly A. Kelly
McGREGOR W. SCOTT
United States Attorney
Kimberly A. Kelly
Assistant U.S. Attorney

Dated: July 20, 2006

/s/ Glenn LoStracco
GLENN LoSTRACCO
Attorney for Defendant
Armando Lopez

**ORDER**

In light of the above, IT IS HEREBY ORDERED THAT, the date previously set for the sentencing is continued to September 11, 2006, at 9:00 a.m. It is further ordered that time shall be excluded from July 24, 2006, to September 11, 2006, pursuant to 18 U.S.C. Sections 3161(h)(1)(F) and 3161(h)(1)(I).

IT IS SO ORDERED.

Dated:   **July 24, 2006**              /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE