```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7
 8          IN THE UNITED STATES DISTRICT COURT FOR THE
 9                EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,  )   CR. NO. 04-5208 AWI
                               )
12              Plaintiff,     )   STIPULATION TO CONTINUE
                               )   SENTENCING
13       v.                    )
                               )
14  SERGIO CHAVEZ DELGADO,     )
                               )
15              Defendant.     )
                               )
16                             )
                               )
17  _____  )
```

18      It is stipulated and agreed between the parties that the
19  sentencing in the above matter currently set for Monday, September
20  11, 2006, be continued until Monday, October 16, 2006 at 9:00 a.m.
21  I hereby agree to the above stipulation.
22
23  Dated: 9-07-06
24
25                                      /s/Kimberly A. Sanchez___
                                        Kimberly A. Sanchez
26                                      Assistant U.S. Attorney
27  //
28  //

I hereby consent to the above stipulation.

Dated: 9-07-06

/s/Glen LoStracco\
Glen LoStracco

**ORDER**

It is ordered that the sentencing in this matter scheduled for September 11, 2006 is continued to October 16, 2006 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   September 8, 2006**          **/s/ Anthony W. Ishii**\
0m8i78                                    UNITED STATES DISTRICT JUDGE

2