GLENN LOSTRACCO CBA#138084
Attorney at Law
2300 Tulare Street #240
Fresno, California 93721
559.497.5297
559.497-0203 Fax
g.lostracco@sbcglobal.net

Attorney for Defendant

FILED
DEC 28 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:04-cr-5208 AWI |
| Plaintiff, | STIPULATION AND ORDER TO MODIFY |
| vs. | PROPERTY BOND |
| SERGIO CHAVEZ DELGADO | DATE: December 20, 2006 |
| Defendant, | |

   The parties herein, through their respective counsel, hereby stipulate that the Property Bond currently on file in the above entitled matter be modified as reflected in the attached Property Bond, in that the entire bond of $145,000.00 shall now be secured by the additional Straight Note executed by Sergio C. Delgado and Olivia C. Delgado on December 15, 2006 for Seventy Seven Thousand Dollars ($77,000.00) secured by the real property located at 982 Dove Road, Earlimart, California APN 314-210-015, and the Straight Note executed by Keith Stoller and secured by a trust deed to his real property located at 3500 Sterling Road, Bakersfield, California APN 432-090-20, be exonerated.

Dated: December 20, 2006

By:___/S/_____
McGREGOR W. SCOTT
United States Attorney
Kimberly Sanchez
Assistant U.S. Attorney

Dated: December 20, 2006

/S/
GLENN LoSTRACCO
Attorney for Defendant
SERGIO CHAVEZ DELGADO

## ORDER

IT IS HEREBY ORDERED: That the entire bond of $145,000.00 shall now be secured by the additional Straight Note executed by Sergio C. Delgado and Olivia C. Delgado on December 15, 2006 for Seventy Seven Thousand Dollars ($77,000.00) secured by the real property located at 982 Dove Road, Earlimart, California APN 314-210-015, and the Straight Note executed by Keith Stoller and secured by a trust deed to his real property located at 3500 Sterling Road, Bakersfield, California APN 432-090-20, be exonerated.

Dated: 12-21-06

Honorable Anthony W. Ishi
United States District Judge