GLENN LOSTRACCO CBA#138084
Attorney at Law
2300 Tulare Street #240
Fresno, California 93721
559.497.5297
559.497-0203 Fax
g.lostracco@sbcglobal.net

Attorney for Defendant

FILED

APR 2 3 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:04-cr-05208-AWI-01 |
| Plaintiff, | APPLICATION FOR ORDER EXONERATING BOND AND FOR RECONVEYANCE OF REAL PROPERTY AND ORDER THEREON |
| vs. | |
| Sergio Delgado | |
| Defendant, | |

Defendant Sergio Delgado, by and through his counsel of record, Attorney Glenn LoStracco, hereby moves this court for an order exonerating the bond and for reconveyance of real property in the above-captioned case.

On March 20, 2006 defendant Sergio Delgado entered his plea in the Honorable Judge Ishii's Court. Mr. Delgado's sentencing was scheduled for November 13, 2006 at 9:00 a.m. At that sentencing hearing this Honorable Court granted the defendants request for a future surrender date and allowed him to remain out of custody on the property bond previously posted. On January 4, 2007 the defendant Sergio Delgado surrendered himself to the custody of the United States Bureau of Prisons at Taft California.

Mr. Sergio Delgado respectfully requests the court exonerate the bond and reconvey title to the real properties securing bond to their proper owner, Sergio and Olivia Delgado. The property in question is as follows: 982 Dove Road Earlimart California 93219, APN 314 210 015 000. Since Mr. Delgado has surrendered to custody the above owner respectfully requests the court exonerate the bond previously set by the magistrate court and reconvey title to the real property securing said bond.

DATED: January 10, 2007          Respectfully submitted,


                                  /S/
                                  GLENN LOSTRACCO
                                  Attorney at Law

## ORDER

**IT IS HEREBY ORDERED** that the bond in the above-captioned case be exonerated and title to the real property securing said bond be reconveyed to Sergio and Olivia Delgado who are the owners of such property. The property in question is as follows: 982 Dove Road Earlimart California 93219, APN 314 210 015 000.

Dated: 7-23-07                    _____
                                  Anthony W. Ishii, United States Judge