IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO CHAVEZ DELGADO, | 1:04-cr-05208-AWI |
| | 1:13-cv-00920-AWI |
| Petitioner, | 1:07-cv-01653-AWI |
| v. | **ORDER ON PETITIONER'S SECOND MOTION TO SET ASIDE ORDER ON PETITIONER'S 28 U.S.C. § 2255 PETITION** |
| UNITED STATES OF AMERICA, | |
| Respondent. | (Doc. 116) |

## I. INTRODUCTION

Currently before the Court is Petitioner's second motion to set aside judgment under Federal Rules of Civil Procedure 60(b)(4), (6), and (d). See Doc. No. 116. For the reasons that follow, the motion will be denied.

## II. BACKGROUND

On May 22, 2009, this Court issued an order that denied Petitioner's 28 U.S.C § 2255 petition. See Doc. No. 98. On June 19, 2009, the Court denied Petitioner's Rule 59/Rule 60 motion for reconsideration on the basis that the motion was a successive § 2255 petition. See Doc. No. 100.

On July 6, 2009, Petitioner filed an appeal. See Doc. No. 102. On October 26, 2009, the Court denied Petitioner's request for a certificate of appealability. See Doc. No. 104.

On May 18, 2011, the Ninth Circuit denied Petitioner's request for a certificate of appealability. See Doc. No. 107. The Ninth Circuit denied the certificate of appealability after

1  receiving Petitioner's additional citation to and reliance on <u>Padilla v. Kentucky</u>, 130 S.Ct. 1473,
2  1480-81 (2010). <u>See</u> Ninth Circuit Docket Doc. No. 5 in Case No. 09-16635 (hereinafter "Ninth
3  Doc."). On June 15, 2011, Petitioner filed a motion of reconsideration with the Ninth Circuit. <u>See</u>
4  Ninth Doc. No. 7. On July 19, 2011, the Ninth Circuit denied Petitioner's request for
5  reconsideration and refused to accept further filings in that closed case. <u>See</u> Ninth Doc. No. 8.

6       On September 8, 2012, Petitioner filed a motion to set aside judge under Federal Rules of
7  Civil Procedure 60(b)(4), (6), and (d). <u>See</u> Doc. No. 108. This Court identified Petitioner's
8  motion as a successive petition -- since it asked for a second chance to have the merits
9  determined favorably -- then denied Petitioner's motion on the merits. <u>See</u> Doc. No. 110; <u>United</u>
10 <u>States v. Washington</u>, 653 F.3d 1057, 1063 (9th Cir. 2011).

11      Petitioner then filed a notice of appeal and request for issuance of certificate of
12 appealability. <u>See</u> Doc. No. 111. This Court again denied Petitioner a certificate of appealability.
13 <u>See</u> Doc. No. 114.

14      Petitioner now files the instant motion to set aside judgment. The instant motion is
15 identical to Petitioner's previous motion to set aside judgment which this Court denied on its
16 merits. Doc. No. 110.

17                        **III. DISCUSSION AND ORDER**

18      This Court has already ruled on the exact motion presently pending, most of which
19 appears to be copied from the Ninth Circuit reconsideration motion. <u>Cf.</u> Ninth Doc. No. 7 <u>with</u>
20 Crim. Docket Doc. No. 108, 116.  For the reasons articulated in this Court's prior order on
21 Petitioner's motion to set aside judgment, Petitioner's motion will be denied. <u>See</u> Doc. No. 110.

22      Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for relief under Rule
23 60 is DENIED.

24
25 IT IS SO ORDERED.
26 Dated:   March 28, 2014                                    _____
                                                    SENIOR  DISTRICT  JUDGE
27
28