**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 1:04-cr-05208-AWI |
| Plaintiff, | **ORDER RE REQUEST FOR** |
| v. | **COUNSEL** |
| **SERGIO CHAVEZ DELGADO,** | |
| Defendants. | |

The Court is in receipt of Defendant's *pro se* request for counsel to assist Defendant in the filing of a motion for sentence reduction pursuant to *Johnson v. United States*, 135 S. Ct. 2551 (2015). Pursuant to Eastern District of California General Order 563, the Federal Defender's Office ("FDO") is hereby appointed to represent Defendant in this matter. Should the FDO determine it is not appropriate for the FDO to file a federal habeas under 28 U.S.C. § 2255 or 28 U.S.C. § 2241 in light of *Johnson*, on behalf of Defendant, Defendant is entitled to file such a motion pro se. The Court will not construe Defendant's request for counsel as a motion pursuant to 28 U.S.C. § 2255 or 28 U.S.C. § 2241.

IT IS SO ORDERED.

Dated:   July 20, 2016

_____
SENIOR  DISTRICT  JUDGE

1