# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>  Plaintiff,<br>  v.<br><br>**SERGIO CHAVEZ DELGADO,**<br><br>  Defendants.<br>_____/ | Case No. 1:04-cr-05208-AWI<br><br>**ORDER GRANTING FEDERAL DEFENDER'S REQUEST FOR LEAVE TO WITHDRAW AS COUNSEL** |

On July 21, 2016, pursuant to Eastern District of California General Order 563, the Court appointed the Federal Defender's Office ("FDO") to represent Sergio Delgado in this matter. The Court notified the FDO that it was entitled to withdraw as counsel if it determined that it is not appropriate for the FDO to file a federal habeas under 28 U.S.C. § 2255 or 28 U.S.C. § 2241 in light of *Johnson*, on behalf of Defendant. The FDO indicated that it would not file a § 2255 motion or a § 2241 motion on Defendant's behalf. Accordingly, it requested permission to withdraw as counsel. Leave to withdraw is granted.

The Court does not construe Defendant's request for counsel as a motion pursuant to 28 U.S.C. § 2255 or 28 U.S.C. § 2241. If he intends to pursue relief in light of *Johnson*, Defendant must file a motion setting forth the factual and legal basis for the relief he seeks.

IT IS SO ORDERED.

Dated:  September 6, 2016                                 _____
                                                                              SENIOR DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28